UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

Maxx Towing, Inc.,

       Debtor.

_____/

Case No. 09-70719
Chapter 11
Hon. Walter Shapero

## OPINION DENYING UNITED STATES TRUSTEE'S TIME BAR OBJECTION TO CONFIRMATION AND SETTING HEARING ON CONFIRMATION OBJECTIONS

For the reasons set forth in the Court's Opinion entered concurrently herewith,

**IT IS HEREBY ORDERED** that the United States Trustee's time bar objection to confirmation is **DENIED**. The Court will hold an evidentiary hearing on August 16, 2011 at 1:30 p.m. regarding the feasibility objection and any other objections to confirmation.

```
Signed on July 27, 2011
                          /s/ Walter Shapero
                    Walter Shapero
                    United States Bankruptcy Judge
```